**JS-6**

**FILED: 9/30/11**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FAN BAO, et al

        Plaintiff,

  vs.

VLAZE MEDIA NETWORKS, INC., et al

        Defendants.

**CASE NO. CV 11-3587 GHK (MAN x)**

**ORDER OF DISMISSAL**

Pursuant to the Notice of Settlement, e-filed on September 22, 2011, Informing the Court by counsel that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within THIRTY (30) days**, to reopen the action if settlement is not consummated.

Dated: 9/30/11

GEORGE H. KING
United States District Judge